**United States District Court**
For the Northern District of California

1          *E-Filed 01/21/2011*

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6          SAN FRANCISCO DIVISION

7

8    AMERICAN GUARANTEE AND                      No. C 10-03009 RS
     LIABILITY INSURANCE COMPANY,
9                                                **ORDER GRANTING**
             Plaintiff,                          **ADMINISTRATIVE MOTION TO**
10                                               **CHANGE HEARING DATE FOR**
         v.                                      **PLAINTIFF'S MOTION FOR**
11                                               **PARTIAL SUMMARY JUDGMENT**
     LEXINGTON INSURANCE COMPANY,                **AND DENYING REQUEST TO**
12                                               **EXTEND NON-EXPERT DISCOVERY**
             Defendant.                          **DEADLINE**
13   _____/

14

15          Defendant Lexington Insurance Company filed an administrative motion under Civil Local

16   Rule 6-3 to change time on plaintiff American Guarantee and Liability Insurance Company's

17   motion for partial summary judgment from its presently scheduled date of February 3, 2011 to

18   March 3, 2011.  Defendant seeks the change in order to have plaintiff's motion heard on the same

19   date as its planned cross-motion for summary judgment.  Additionally, defendant moves to change

20   the deadline to complete non-expert discovery from February 28, 2011 to April 4, 2011.  Having

21   considered plaintiff's motion and defendant's opposition, the request to hear oral argument on both

22   parties' motions on March 3, 2011 is granted.  Plaintiff's request to change the discovery deadline is

23   denied.

24

25          IT IS SO ORDERED.

26

27   Dated:  01/21/2011

28                                               _____
                                                 RICHARD SEEBORG
                                                 UNITED STATES DISTRICT JUDGE