*E-Filed 2/9/11*

**JOINTLY SUBMITTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendants. | CASE NO.:  3:10-CV-03009-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESET THE DISCOVERY CUT-OFF DEADLINE OF FEBRUARY 28, 2011 MARCH 31, 2011** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties that the date of the non-expert discovery cut-off be extended from February 28, 2011 to March 31, 2011 for the limited purpose of completing all currently pending and timely noticed depositions.  The extension shall not include an extension on written discovery or on the issuance of subpoenas.  The parties jointly request that the Court so modify the existing Scheduling Order in this matter [*Document 19*].

This request is made on the grounds that the parties anticipate this Court's rulings on the pending cross motions for summary judgment scheduled for March 3, 2011 will narrow the scope of the issues that need to be addressed by further discovery.  This discovery will include

1  coordinating the depositions of several witnesses, including out of state witnesses.

2      The granting of this request will not effect the implementation of any other deadlines in

3  this Court's Scheduling Order.

5  DATED this 8th day of February, 2011

7  **MORALES, FIERRO & REEVES**      **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**

8  By: /s/ Curtis R. Ogilvie      By: /s/ Maria S. Quintero
9      RAMIRO MORAL      ROBERT S. McLAY
    CURTIS R. OGILVIE      MARIA S. QUINTERO
10      Attorneys for Plaintiff, American      Attorneys for Defendant,
    Guarantee and Liability Ins. Co.      Lexington Ins. Co.

12  **ORDER**

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

17  DATE: 2/8/11      _____
18      Hon. Richard Seeborg
    UNITED STATES DISTRICT JUDGE