IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE CO.,<br><br>        Plaintiff,<br>  v.<br>LEXINGTON INSURANCE CO.,<br><br>        Defendant.<br>_____/ | No. C 10-03009 RS<br><br>**CASE MANAGEMENT ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on August 1, 2013.  A Further Case Management Conference shall be held on **November 7, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  The Joint Statement shall include a report on what, if any, dispositive motion practice remains, and whether further discovery is necessary.  Prior to that Conference, the parties shall endeavor to participate in private mediation.

      IT IS SO ORDERED.

DATED: 8/1/13

                                            RICHARD SEEBORG<br>                                            United States District Judge