1  ROBERT S. McLAY (SBN 176661)
   rmclay@hayesscott.com
2  JOSHUA N. KASTAN (SBN 284767)
   jkastan@hayesscott.com
3  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
   203 Redwood Shores Pkwy., Ste. 480
4  Redwood City, California  94065
   Telephone:  (650) 637-9100
5  Facsimile:  (650) 637-8071

6  Attorneys for Defendant
7  LEXINGTON INSURANCE COMPANY

8  CHRISTINE FIERRO (SBN 191660)
   cfierro@mfrlegal.com
9  **MORALES FIERRO & REEVES**
   2300 Contra Costa Blvd., Ste. 310
10 Pleasant Hill, CA 94523
   Telephone: (925) 288-1776
11 Facsimile: (925) 288-1856

12 Attorney for Plaintiff
   AMERICAN GUARANTEE AND LIABILITY
13 INSURANCE COMPANY

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 AMERICAN GUARANTEE AND            Case No.: 10-CV-03009-RS
   LIABILITY INSURANCE
18 COMPANY,

19         Plaintiff,                **STIPULATION OF DISMISSAL;
                                     [PROPOSED] ORDER**
20     v.                            **[Fed. Rule Civ. Proc., Rule 41(a)(1)]**

21 LEXINGTON INSURANCE COMPANY,

22         Defendant.

23

24

25 ///

26 ///

27 ///

28 ///

477445
                                     -1-
                **STIPULATION OF DISMISSAL; [PROPOSED] ORDER**
                          **CASE NO.: 10-CV-03009-RS**

1    **IT IS HEREBY STIPULATED** that Plaintiff American Guarantee and Liability Insurance Company's claims against Defendant Lexington Insurance Company be **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), each party to bear their own fees and costs.

Date:  January 3, 2014            **MORALES, FIERRO & REEVES**

By:   /s/ Christine M. Fierro
    CHRISTINE FIERRO
    Attorney for Plaintiff
    AMERICAN GUARANTEE AND
    LIABILITY INSURANCE COMPANY

Date:  January 3, 2014            **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**

By:   /s/ Joshua N. Kastan
    ROBERT S. McLAY
    JOSHUA N. KASTAN
    Attorneys for Defendant
    LEXINGTON INSURANCE COMPANY

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

Date: January  3 , 2014

    Hon. Richard Seeborg
    United States District Judge